UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | NO. 5:10-CR-249-1BO |
| | ) | |
| | ) | ORDER |
| <u>CHARLES CALVIN BUSH</u> | ) | |

**IT IS HEREBY ORDERED** that the following exhibit(s) admitted into evidence during the jury trial of Charles Calvin Bush be returned to the United States of America.

Government's exhibit's: 1 through 7, 20 and 21.

This __9__ day of __June__, 2011.

_____
UNITED STATES DISTRICT JUDGE

Exhibits received by:_____