UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NUMBER: 5:10-CR-249-BO

UNITED STATES OF AMERICA
     vs.                                          ORDER
Charles Calvin Bush

IT IS HEREBY ORDERED that the following Government Exhibit(s) be returned to Kelly Frazier, ATF.

Govt's Exhibit(s): # 13 - Cocaine
Govt's Exhibit(s): # 14 - Pills
Govt's Exhibit(s): # 15 - Gun
Govt's Exhibit(s): # 16 - Ammunition (6) bullets

This _8_ day of June, 2011 Exhibit received by:

_Kelly J. Frazier_
Print name

_[signature]_
Sign name

June _8_, 2011                           _[signature]_
                                            TERRENCE W. BOYLE
                                            U. S. DISTRICT JUDGE